**IN RE DAVENPORT**

[351 N.C. 43 (1999)]

IN THE MATTER OF: JEREMY D. DAVENPORT, A JUVENILE

No. 111A99

(Filed 8 October 1999)

Appeal pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 132 N.C. App. 234, 517 S.E.2d 687 (1999), affirming an oral juvenile disposition and commitment order entered 25 April 1997 by Cole, J., in District Court, Perquimans County. Heard in the Supreme Court 15 September 1999.

*Michael F. Easley, Attorney General, by Bruce S. Ambrose, Assistant Attorney General, for the State.*

*Donna Shore Forbes for juvenile-appellant.*

PER CURIAM.

AFFIRMED.